IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA Y BELL, | No. C -11-06650(EDL) |
| Plaintiff, | **ORDER TRANSFERRING CASE** |
| v. | |
| DEPARTMENT OF INTERIOR, | |
| Defendant. | |

On May 22, 2012, this Court held an initial Case Management Conference. During the conference, the parties stipulated to transfer the action to the Eastern District of California, where the Plaintiff was employed and most of the likely witnesses appear to reside. The Court hereby Orders the case transferred to the Eastern District of California. Plaintiff's request to relate this case to civil case number 12-2276-RS, Burks v. Salazar, is therefore denied as moot.

IT IS SO ORDERED.

Dated: May 24, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge